United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-30213
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SEAN M. STEPHENS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CR-50070-3
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The order of July 10, 2002, granting the motion to consolidate the instant case with United States v. Hall, No. 02-30345, is RESCINDED.

Counsel appointed to represent Sean M. Stephens has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Stephens has not filed a response. Our independent review of the brief and the record

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discloses no nonfrivolous issue in this direct appeal.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and Stephens's APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.